**FILED**

OCT 2 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff-Appellee,<br><br>　v.<br><br>STATE OF IDAHO,<br><br>　　　　Defendant-Appellant. | No.　23-35440<br><br>D.C. No. 1:22-cv-00329-BLW<br>District of Idaho,<br>Boise<br><br><br>ORDER |
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff-Appellee,<br><br>　v.<br><br>STATE OF IDAHO,<br><br>　　　　Defendant,<br><br>　v.<br><br>MIKE MOYLE, Speaker of the Idaho House of Representatives; CHUCK WINDER, President Pro Tempore of the Idaho Senate; THE SIXTY-SEVENTH IDAHO LEGISLATURE, Proposed Intevenor-Defendants,<br><br>　　　　Movants-Appellants. | No.　23-35450<br><br>D.C. No. 1:22-cv-00329-BLW<br>District of Idaho,<br>Boise |

Before:  S.R. THOMAS, Circuit Judge and En Banc Coordinator

The United States has filed an emergency motion for reconsideration *en banc* of the motions panel order granting a stay pending appeal.  Therefore, pursuant to General Order 6.1.b.2, the time periods for submitting briefs pertaining to the motion will be compressed.  The State of Idaho and Mike Moyle are directed to file a response on or before 10:00 a.m., Pacific time, Wednesday, October 4, 2023.  The response shall not exceed 4,200 words.