**Nos. 23-35440, 23-35450**

# IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

v.

STATE OF IDAHO,

Defendant-Appellant,

v.

MIKE MOYLE, Speaker of the Idaho House of Representatives; CHUCK WINDER, President Pro Tempore of the Idaho Senate; THE SIXTY-SEVENTH IDAHO LEGISLATURE, Proposed Intervenor-Defendants,

Movants-Appellants.

On Appeal from the United States District Court
for the District of Idaho

## UNITED STATES'S RESPONSE TO IDAHO LEGISLATURE'S EMERGENCY MOTION TO EXPEDITE

*Of Counsel:*

SAMUEL BAGENSTOS
*General Counsel*

PAUL R. RODRÍGUEZ
*Deputy General Counsel*

DAVID HOSKINS
*Supervisory Litigation Attorney*

JESSICA BOWMAN
MELISSA HART
*Attorneys*

U.S. Department of Health
and Human Services

BRIAN M. BOYNTON
*Principal Deputy Assistant Attorney General*

JOSHUA D. HURWIT
*United States Attorney*

MICHAEL S. RAAB
McKAYE L. NEUMEISTER
NICHOLAS S. CROWN
*Attorneys, Appellate Staff
Civil Division, Room 7325
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
202-305-1754*

This consolidated appeal concerns a preliminary injunction that issued on August 24, 2022. On September 28, 2023, a motions panel of this Court granted the Idaho Legislature's motion for a stay pending appeal; on October 10, the Court ordered that the matter be reheard *en banc* and vacated the stay. No. 23-35440, Dkt. 69.

After waiting nearly a year to seek a stay, the Legislature now requests an expedited *en banc* decision on its stay motion by November 15. Dkt. 71. In seeking expedited review, the Legislature repeats its arguments regarding the stay factors articulated in *Nken v. Holder*, 556 U.S. 418, 434 (2009).

The United States takes no position on the timing of an *en banc* decision and does not object to expedited treatment of the Legislature's motion for a stay pending appeal. The government, however, disputes the Legislature's renewed assertions of irreparable harm and entitlement to interim relief. As explained in our briefs in the underlying appeal (Dkt. 35) and concerning the Legislature's stay request (Dkts. 33, 53, 65-2), the Legislature cannot make any of the showings that *Nken* requires. The motion for a stay pending appeal should be denied.

Respectfully submitted,

BRIAN M. BOYNTON
   *Principal Deputy Assistant Attorney General*

JOSHUA D. HURWIT
   *United States Attorney*

MICHAEL S. RAAB
McKAYE L. NEUMEISTER

 *s/ Nicholas S. Crown*
NICHOLAS S. CROWN
   *Attorneys, Appellate Staff*
   *Civil Division, Room 7325*
   *U.S. Department of Justice*
   *950 Pennsylvania Avenue NW*
   *Washington, DC 20530*
   *(202) 305-1754*
   *nicholas.s.crown@usdoj.gov*

*Of Counsel:*

SAMUEL BAGENSTOS
   *General Counsel*

PAUL R. RODRÍGUEZ
   *Deputy General Counsel*

DAVID HOSKINS
   *Supervisory Litigation Attorney*

JESSICA BOWMAN
MELISSA HART
   *Attorneys*

   *U.S. Department of Health and Human Services*

November 2023

## STATEMENT OF RELATED CASES

Pursuant to Ninth Circuit Rule 28-2.6, appellee states that it knows of one case related to the above-captioned consolidated appeals: Case No. 23-35153. That appeal arises from the district court's partial grant of intervention issued during the proceedings below.

*s/ Nicholas S. Crown*
Nicholas S. Crown

## CERTIFICATE OF COMPLIANCE

This filing complies with the type-volume limitation of Ninth Circuit Rules 27-1 and 32-3 because it contains 192 words. This filing also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 27 because it was prepared using Word for Microsoft 365 in Garamond 14-point font, a proportionally spaced typeface.

*s/ Nicholas S. Crown*
Nicholas S. Crown