**NOT FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

FILED

OCT 30 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> STATE OF IDAHO, <br><br> Defendant, <br><br> v. <br><br> MIKE MOYLE, Speaker of the Idaho House of Representatives; CHUCK WINDER, President Pro Tempore of the Idaho Senate; THE SIXTY-SEVENTH IDAHO LEGISLATURE, Proposed Intervenor-Defendants, <br><br> Movants-Appellants. | Nos. 23-35440, 23-35450 <br><br> D.C. No. 1:22-cv-00329-BLW <br> District of Idaho, <br> Boise <br><br> **ORDER** |

**MURGUIA**, Chief Judge.

Oral argument in this en banc case will be held at 1:30 p.m. on Tuesday, December 10, 2024, in Courtroom Three of the Richard H. Chambers Courthouse, located at 125 South Grand Avenue in Pasadena, California 91105.