Nos. 23-35440, 23-35450 (consol.)

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

v.

STATE OF IDAHO,

*Defendant-Appellant,*

*and*

MIKE MOYLE, *Speaker of the Idaho House of Representatives*; CHUCK WINDER, *President Pro-Tempore of the Idaho Senate*; THE SIXTY-SEVENTH IDAHO LEGISLATURE, Proposed Intervenor-Defendants,

*Movants-Appellants.*

On Appeal from the United States District Court
for the District of Idaho
Case No. 1:22-cv-00329-BLW
Hon. B. Lynn Winmill, District Court Judge

**MOTION OF ST. LUKE'S HEALTH SYSTEM, LTD. FOR LEAVE TO PARTICIPATE IN ORAL ARGUMENT AS AMICUS CURIAE**

| | |
|---|---|
| Wendy Olson | Lindsay C. Harrison |
| STOEL RIVES LLP | Arjun R. Ramamurti |
| 101 S. Capitol Blvd., | JENNER & BLOCK LLP |
| Suite 1900 | 1099 New York Ave. NW, |
| Boise, ID 83702 | Suite 900 |
| (208) 387-4291 | Washington, DC 20001 |
| | (202) 639-6000 |

*Counsel for Amicus Curiae St. Luke's Health System, Ltd.*

Pursuant to Federal Rule of Appellate Procedure 29(a)(8), St. Luke's Health System, Ltd. ("St. Luke's") requests this Court's permission to participate in the oral argument scheduled for December 10, 2024 in Pasadena, CA. Appellee United States of America consents to this request and has agreed to cede 5 minutes of its argument time to St. Luke's.[1] In support of this motion, St. Luke's states as follows:

1. On October 15, 2024, St. Luke's amicus brief in support of the United States was filed in this matter. *See* Dkt. No. 192.

2. St. Luke's Health System, Ltd. ("St. Luke's") is the largest Idaho-based, not-for-profit, community-owned and community-led health system. Its mission is to improve the health of people in the communities it serves. To fulfill that mission, St. Luke's operates hospitals, clinics, and other health facilities across Southwest and South-Central Idaho, including eight emergency departments. Nine trauma centers in Southwest and South-Central Idaho are designated Time Sensitive Emergency ("TSE") centers; St. Luke's operates six of them. St. Luke's employs more than 16,000 people and is the largest private employer in the State of Idaho. St. Luke's physicians and nurses treat patients millions of times each year, including over one million hospital visits, 232,000 emergency department visits and 2.1 million clinic visits in 2023 alone. Many of those patients are pregnant women; in

---

[1] It is our understanding that the Court ordinarily provides 30 minutes per side for en banc arguments.

2023, St. Luke's helped welcome more than 8,920 newborns, representing 40% of live births in the state of Idaho. Given the vital role that St. Luke's plays in administering health care in Idaho, it has a significant interest in the important issues raised by this case.

3. St. Luke's believes that its participation at oral argument would be helpful to the Court. St. Luke's can provide valuable, first-hand insight into what transpires in Idaho's emergency departments and how Idaho Code § 18-622 would imperil patient care and did imperil patient care when the district court's injunction was stayed. In particular, St. Luke's can explain in concrete terms how § 18-622 will prohibit health care providers from doing what is needed to stabilize their patients as required by EMTALA and how it will jeopardize hospitals' participation in Medicare. St. Luke's can also explain the broader impacts of § 18-622—including how it will deter physicians and nurses from practicing in Idaho, thereby compounding existing provider shortages.

## CONCLUSION

For these reasons, St. Luke's respectfully requests that the Court grant St. Luke's 5 minutes of argument time.

Dated: November 6, 2024

Respectfully submitted,

 /s/ Lindsay C. Harrison 
Lindsay C. Harrison
Arjun R. Ramamurti
Jenner & Block LLP
1099 New York Ave. NW,
Suite 900
Washington, DC 20001
(202) 639-6000
lharrison@jenner.com

Wendy Olson
STOEL RIVES LLP
101 S. Capitol Blvd.,
Suite 1900
Boise, ID 83702
(208) 387-4291

*Attorneys for Amicus Curiae St. Luke's Health System, Ltd.*

3

# CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because this motion contains 424 words, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f).

Dated: November 6, 2024  /s/ Lindsay C. Harrison

Lindsay C. Harrison
Jenner & Block LLP
1099 New York Ave. NW,
Suite 900
Washington, DC 20001
(202) 639-6000
lharrison@jenner.com

*Attorney for Amicus Curiae St. Luke's Health System, Ltd.*

# **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed via the Court's electronic filing system on this 6th day of November 2024, to be served by operation of the electronic filing system on all ECF-registered counsel of record.

/s/ Lindsay C. Harrison

Lindsay C. Harrison
Jenner & Block LLP
1099 New York Ave. NW,
Suite 900
Washington, DC 20001
(202) 639-6000
lharrison@jenner.com

*Attorney for Amicus Curiae St. Luke's Health System, Ltd.*