APPEAL NOS. 23-35440, 23-35450

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,

*Plaintiff-Appellee*,

v.

STATE OF IDAHO,

*Defendant-Appellant,*

v.

MIKE MOYLE, Speaker of the Idaho House of Representatives; CHUCK WINDER, President Pro Tempore of the Idaho Senate; THE SIXTY-SEVENTH IDAHO LEGISLATURE,

*Movants-Appellants.*

On Appeal from the United States District Court
for the District of Idaho
Case No. 1:22-cv-00329-BLW

## STIPULATION OF DISMISSAL OF APPEALS

| | |
|---|---|
| JAMES A. CAMPBELL<br>JOHN J. BURSCH<br>ERIN M. HAWLEY<br>LINCOLN DAVIS WILSON<br>ALLIANCE DEFENDING FREEDOM<br>440 First Street, NW, Suite 600<br>Washington, DC 20001<br>(202) 393-8690<br>jcampbell@ADFlegal.org<br>jbursch@ADFlegal.org<br>ehawley@ADFlegal.org<br>lwilson@ADFlegal.org | RAÚL R. LABRADOR<br>ATTORNEY GENERAL<br>ALAN M. HURST<br>SOLICITOR GENERAL<br>700 W Jefferson St #210<br>Boise, ID 83720<br>(208) 332-3548<br>alan.hurst@ag.idaho.gov |

*Counsel for Appellant State of Idaho*

Under Federal Rule of Appellate Procedure 42(b)(1), Appellants, the State of Idaho and the Idaho Legislature,[1] and Appellee, the United States of America, stipulate to the dismissal of these appeals, Nos. 23-35440 and 23-35450,[2] with each party to bear their own attorney fees and costs. *See* Fed. R. App. P. 42(b)(1)("The circuit clerk must dismiss a docketed appeal if the parties file a signed dismissal agreement specifying how costs are to be paid and pay any court fees that are due."). This Stipulation follows from the parties' Stipulation of Dismissal that was filed in the district court action. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

---

[1] The Speaker of the Idaho House of Representatives, Mike Moyle; the Idaho Senate President Pro Tempore, Kelly Anthon; and the Sixty-Eighth Idaho Legislature (collectively, the "Idaho Legislature").

[2] In No. 23-35440, the State of Idaho is the Appellant, and the United States of America is the Appellee. In No. 23-35450, the Idaho Legislature is the Appellant, and the United States of America is the Appellee. The Court previously consolidated these appeals.

Respectfully submitted,

Dated: March 5, 2025

By: */s/ Alan M. Hurst*
RAÚL R. LABRADOR
ATTORNEY GENERAL

ALAN M. HURST
SOLICITOR GENERAL
700 W Jefferson St #210
Boise, ID 83720
(208) 332-3548
alan.hurst@ag.idaho.gov

*Counsel for Appellant State of Idaho*

By:
ERIC D. MCARTHUR
   *Deputy Assistant Attorney General*

MICHAEL S. RAAB

 *s/ Cynthia A. Barmore*

CYNTHIA A. BARMORE
   *Attorneys, Appellate Staff*
   *Civil Division, Room 7541*
   *U.S. Department of Justice*
   *950 Pennsylvania Avenue NW*
   *Washington, DC 20530*
   *(202) 305-1754*
   Cynthia.A.Barmore@usdoj.gov

*Counsel for Appellee United States of America*

By: */s/ Taylor A.R. Meehan*
TAYLOR A.R. MEEHAN
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703)243-9423
taylor@consovoymccarthy.com

*Counsel for Appellant Idaho Legislature*

## CERTIFICATE OF SERVICE

 I hereby certify that on March 5, 2025, I electronically filed the foregoing Stipulation of Dismissal of Appeals with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the CM/ECF system, which will accomplish service on counsel for all parties through the Court's electronic filing system.

            */s/ Alan M. Hurst*
            Alan M. Hurst
            Attorney for Appellant State of Idaho

March 5, 2025